OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
**ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)**

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-57246 |
| Case Title | Gabriel Felix Moran v. The Screening Pros, LLC |

assigned for hearing:

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 2/2/2015 | Time | 9:00 a.m. | Courtroom | 1 |
| Location | 125 South Grand Ave., Pasadena, California 91105 |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Michael J. Saltz, Esq. |
| Address | Jacobson, Russell, Saltz, Nassim & de la Torre, LLP<br>10866 Wilshire Blvd, Suite 1550 |

| | | | | | |
|---|---|---|---|---|---|
| City | Los Angeles | State | CA | Zip Code | 90024 |
| Phone | (310) 446-9900 | Email Address | msaltz@jrsnd.com | | |

| | |
|---|---|
| Party/parties represented | Appellee The Screening Pros, LLC |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Michael J. Saltz | Date | 1/23/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250